# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Baxter, Susan P. | **2. Court or Organization**<br><br>Western District of Pennsylvania | **3. Date of Report**<br><br>09/19/2016 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge/FT | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>08/1/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. District Court
17 South Park Row
Room A 280
Erie, PA 16501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Dramashop, Erie, PA |
| 2. | Board of Trustees | Villa Maria Elementary School, Erie, PA |
| 3. | Board Member | Erie Arts and Culture, Erie, PA |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 09/19/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | �altrimenti |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 09/19/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 09/19/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank Checking/Money Market Accounts | A | Interest | N | T | | | | | |
| 2. Navy Federal Credit Union Accounts | A | Interest | J | T | | | | | |
| 3. PA Tuition Account 529 - Guaranteed Savings Plan | | None | K | T | | | | | |
| 4. ▭ Erie County, PA | E | Rent | K | W | | | | | |
| 5. ▭ Erie County, PA | D | Rent | K | W | | | | | |
| 6. U.S. Savings Bonds - Series EE Bonds | A | Interest | K | T | | | | | |
| 7. UBS PMP ACCOUNTS: | | | | | | | | | |
| 8. - ALPS Sprott Miners ETF (SGDM) | A | Dividend | J | T | Sold (part) | 08/14/15 | J | | |
| 9. - Alpha Natural Resources (ANR) | | None | J | T | Sold (part) | 08/13/15 | J | | |
| 10. - Cameco (CAD) | A | Dividend | J | T | Sold (part) | 08/14/15 | J | | |
| 11. - Cash at UBS Financial | | None | J | T | | | | | |
| 12. - Centl Fund of CDA (CEF) | A | Dividend | J | T | Sold (part) | 08/10/15 | J | | |
| 13. | | | | | Sold (part) | 09/14/15 | J | | |
| 14. - Global X Silver (SIL) | | None | L | T | Sold (part) | 11/18/15 | J | | |
| 15. - Global Uranium (URA) | | None | J | T | Sold (part) | 08/10/15 | J | | |
| 16. | | | | | Sold (part) | 08/13/15 | J | | |
| 17. - Guggenheim 2015 Bond Fund (BSJF) | A | Dividend | | | Sold (part) | 08/14/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 09/19/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 09/14/15 | J | | |
| 19. | | | | | Matured | 12/31/15 | J | | |
| 20.  - Guggenheim 2017 Bond Fund (BSJH) | A | Dividend | J | T | Sold (part) | 08/13/15 | J | | |
| 21.  - IShares Silver (SLV) | | None | J | T | Sold (part) | 08/10/15 | J | | |
| 22. | | | | | Sold (part) | 09/14/15 | J | | |
| 23.  - LMP Corporate Bond Fund (TLI) | A | Dividend | K | T | Sold (part) | 11/24/15 | J | | |
| 24.  - Market Vectors JPMorgan Emerging Mkt (EMLC) | A | Dividend | J | T | Sold (part) | 08/10/15 | J | | |
| 25. | | | | | Sold (part) | 08/13/15 | J | | |
| 26.  - Market Vectors Gold Miner ETF (GDX) | A | Dividend | J | T | Sold (part) | 09/11/15 | J | | |
| 27. | | | | | Sold (part) | 09/14/15 | J | | |
| 28.  - Market Vectors Junior Miner ETF (GDXJ) | A | Dividend | K | T | Sold (part) | 09/11/15 | J | | |
| 29.  - Silver Wheaton (SLW) | A | Dividend | K | T | | | | | |
| 30.  - Thornburg Income Builder (TIBIX) | A | Dividend | K | T | Buy | 08/12/15 | K | | |
| 31. | | | | | Buy (add'l) | 09/10/15 | J | | |
| 32.  - T Rowe Price Balanced Fund (RPBAX) | B | Dividend | K | T | Buy | 08/12/15 | K | | |
| 33. | | | | | Buy | 09/10/15 | J | | |
| 34. | | | | | Buy | 09/22/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 09/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 09/23/15 | J | | |
| 36. - UBS Bank USA Deposit Account | | None | K | T | | | | | |
| 37. - United States Gas LP (UNG) | | None | J | T | | | | | |
| 38. - Vanguard Short Term Fund (BSV) | A | Dividend | J | T | Sold (part) | 08/13/15 | J | | |
| 39. - Vanguard World Fund Extd Duration Treasury (EDV) | A | Dividend | J | T | Sold (part) | 08/13/15 | J | A | |
| 40. - Wisdom Tree Bond Fund (ELD) | A | Dividend | J | T | Sold (part) | 08/13/15 | J | | |
| 41. Royal Inc. (RGDL) (Y) | | | | | | | | | |
| 42. PNC RETIREMENT ACCOUNT | | | | | | | | | |
| 43. - American Beacon Funds (AAIEX) | A | Dividend | J | T | | | | | |
| 44. - Artisan International Fd (ARTIX) | | None | J | T | Redeemed | 08/26/15 | J | | |
| 45. - Artisan International Fd (APDIX) | A | Dividend | J | T | Spinoff (from line 44) | 08/26/15 | J | | |
| 46. - Baird Aggregate Bond Fund (BAGIX) | B | Dividend | M | T | | | | | |
| 47. - DB X-Trackers MSCI Japan (DBJP) | A | Dividend | J | T | | | | | |
| 48. - Deutsche X-Trackers MSCI Eur (DBEU) | A | Dividend | K | T | | | | | |
| 49. - Dodge & Cox Income Fund (DODIX) | C | Dividend | M | T | | | | | |
| 50. - Dodge & Cox International Fund (DODFX) | A | Dividend | J | T | | | | | |
| 51. - Eaton Vance Floating Rate (EIBLX) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 09/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Fidelity Money Market FD (FMPXX) | A | Dividend | J | T | | | | | |
| 53.  - Goldman Sachs Growth (GGOIX) | C | Dividend | K | T | | | | | |
| 54.  - Harding Loevner International (HLMIX) | A | Dividend | J | T | | | | | |
| 55.  - I Shares MSCI EAFE (SCZ) | A | Dividend | J | T | | | | | |
| 56.  - I Shares S&P Small Cap (IJS) | A | Dividend | J | T | | | | | |
| 57.  - Mainstay Epoch Global Equity (EPSYX) | B | Dividend | K | T | | | | | |
| 58.  - Metropolitan West Unconstrained Bond (MWCIX) | A | Dividend | L | T | | | | | |
| 59.  - MFS Value Fund (MEIIX) | D | Dividend | M | T | | | | | |
| 60.  - Templeton Global Bond Fund (TGBAX) | A | Dividend | L | T | | | | | |
| 61.  - Touchstone Sands Capital Select (CFSIX) | C | Dividend | L | T | | | | | |
| 62.  - T Rowe Price Growth Stock (PRGFX) | C | Dividend | L | T | | | | | |
| 63.  - T Rowe Price Mid Cap Value (TRMCX) | C | Dividend | K | T | | | | | |
| 64.  - T Rowe Price New Horizons (PRNHX) | B | Dividend | K | T | | | | | |
| 65.  - T Rowe Price Real Estate (TRREX) | A | Dividend | K | T | | | | | |
| 66.  - Vanguard FTSE Emerging (VWO) | A | Dividend | J | T | | | | | |
| 67.  - Vanguard Intermediate Term Bond (VFIDX) | A | Dividend | K | T | Buy (add'l) | 11/25/15 | K | | |
| 68.  - Vanguard Total Stock Market (VTI) | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 09/19/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Croatian Fraternal Union Whole Life Insurance Policy | A | Dividend | J | T | | | | | |
| 70. | Crown Life Insurance Guaranted Universal "W" | A | Interest | J | T | | | | | |
| 71. | Crown Life Insurance Guaranteed Universal "H" | A | Interest | J | T | | | | | |
| 72. | | | | | | | | | | |
| 73. | | | | | | | | | | |
| 74. | | | | | | | | | | |
| 75. | | | | | | | | | | |
| 76. | | | | | | | | | | |
| 77. | | | | | | | | | | |
| 78. | | | | | | | | | | |
| 79. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

#1  When I filed the 7/30/15 nomination report, I expected to be confirmed before the May annual report was due.  Although I have not yet been confirmed, this report should be compared to the nomination report and not to my prior annual filings.

#2  I have reorganized Part VII in alphabetical order within the separate accounts.

#3  On Part VII, Line 3 - I had not previously reported withdrawals from this 529 savings account by error.  I list all transactions below:
10/12/2007 $12,000  withdrawal
12/15/2008 $15,000  withdrawal
09/22/2009 $15,000  withdrawal
09/21/2010 $6,452.28  withdrawal
09/21/2010 $4,000  withdrawal
01/24/2011 $10,000  withdrawal
01/24/2011 $2,000  withdrawal
08/12/2011 $5,500  withdrawal
08/08/2011 $10,000 withdrawal
08/10/2011 $4,000  withdrawal
12/14/2011 $2,916  withdrawal
12/14/2011 $2,000  withdrawal
07/31/2012 $3,000  withdrawal
07/31/2012 $6,493.00  withdrawal
12/12/2012 $3,000  withdrawal
12/12/2012 $5,738.00  withdrawal
07/25/2013 $10,000  withdrawal
07/25/2013 $2,000  withdrawal
01/21/2014 $10,000  withdrawal
08/06/2014 $12,164 withdrawal
08/06/2014 $2,836  withdrawal
01/15/2015 $2,000  withdrawal
01/15/2015 $12,000  withdrawal

#4  Part VII, Line 11,  There was always a small cash account with UBS Financial that held uninvested funds.  This should have been included in the July 30, 2015 Nomination Report and it was omitted in error.

#5  Part VII, Line 12, Asset was reported on annual May 2015 Filing as "Central Fund of Canada".  It was incorrectly omitted on July 30, 2015 Nominiation Report.

#6  Part VII,  Line 36, There was always an invested cash account with UBS  that held dividends, interest and other cash reserves.  This should have been included on July 30, 2015 Nomination Report and was omitted in error.

#7  Part VII, Line 41 - Royal Inc. (RGDL) had been liquidated prior to the nomination report of 7/30/2015 but was listed as currently held.  I have placed a (Y) to account for this error.

#8  Part VII, Lines 57, 58, 62 and 65 of the 7/30/15 report listed incorrect Ticker Symbols.   They were corrected in this report on the respective lines 61, 63, 64, and 50.

#9  Part VII, Lines 69, 70 & 71 - It was my understanding that the life insurance policies owned by my ▮▮▮▮ and me were all term policies.  I was mistaken and I have corrected that error.

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 09/19/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan P. Baxter**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544